THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALRIC J. WESTLING, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 16, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Supreme Court rendered March 31, 1922, at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph V. McKee* for appellant.

*Edward J. Glennon, District Attorney (George B. DeLuca* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.